United States Bankruptcy Court
Southern District of Indiana

IN RE:                          )
                                )
Charles Frederick Kidwell, Jr.  )      CASE NO. 04-07153 -JKC-13
                                )
DEBTOR(S)                       )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 USC Section 2042, it is

ORDERED that, following review by the Clerk of the sufficiency of the Affidavit of Creditor Information, the Clerk of the U.S. Bankruptcy Court is directed to remit to Leucadia National Corporation, the sum of $1,859.19 now held as unclaimed funds in the Treasury for creditor American Investment c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027-0125.

DATED:  MAR 11 2010        _____
                                JUDGE, U.S. BANKRUPTCY COURT

cc: Financial Section

SF03470.9 (4/91)