## Notice Recipients

District/Off: 0756−1    User: bmorris    Date Created: 3/11/2010
Case: 04−07153−JKC−13    Form ID: pdfOrder    Total: 5

**Recipients of Notice of Electronic Filing:**
tr    Robert A Brothers    ecfmail@bobbrothersch13.com
aty    Matthew P. Marz    mattmarzlaw@yahoo.com

                                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Charles Frederick Kidwell, Jr    8421 Bunyan Lane    Indianapolis, IN 46237
jdb    Sally Ann Kidwell    8421 Bunyan Lane    Indianapolis, IN 46237
op    Leucadia National Co    Rocco Nittoli −VP, Treasurer    315 Park Ave S    New York, NY 10010

                                                                                       TOTAL: 3